413 A.2d 389

In re ADOPTION OF T. S. R.

Appeal of O. R., Jr. and R. E. R., natural parents.

Supreme Court of Pennsylvania.

April 30, 1980.

604

John Molnar, Bangor, for appellant.

Donald F. Spry, II, Turtzo, Spry, Powlette & Sbrocchi, Bangor, for Robert E. and Felicia Duran.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

The lower court has not yet acted on appellees' adoption petition. Thus, the Order appealed from is not final and not properly subject to review at this time. See *Adoption of G. M.*, 484 Pa. 24, 398 A.2d 642 (1979).

Accordingly, the appeal is quashed, appellants to pay costs.